**GARFIELD et al. v. COE, Commissioner of Patents.**

No. 8815.

United States Court of Appeals District of Columbia.

Argued Jan. 22, 1945.

Decided March 19, 1945.

Mr. John H. Sutherland, of St. Louis, Mo., with whom Mr. Francis B. Leech, of Washington, D. C., was on the brief, for appellants. Mr. John H. Bruninga, of Washington, D. C., also entered appearance for appellants.

Mr. E. L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

The findings and judgment of the trial court find full support in the record. Appellants have failed to meet the burden imposed upon a plaintiff in a Section 4915 proceeding[1] and are not entitled to a patent.

Affirmed.

---

[1] Abbott v. Coe, 71 App.D.C. 195, 197, 198, 109 F.2d 449, 451–452; Daniels v. Coe, 73 App.D.C. 54, 58, 116 F.2d 941, 945; Morrison v. Coe, 75 U.S.App.D.C. 219, 220, 127 F.2d 737, 738; 35 U.S.C. A. § 63.